**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

HICKS ELECTRICAL CO., INC.                           CIVIL ACTION NO. 15-1059

VERSUS                                               JUDGE S. MAURICE HICKS, JR.

PACIFIC TECH-SAUER, INC.                             MAGISTRATE JUDGE HORNSBY
JV V, ET AL.

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' Motion to Transfer Venue (Record Document 24) be and is hereby **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 21st day of September, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE